

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2021

No. 04-20-00564-CR

Isidro **RAMOS** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9685
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant, an inmate, has filed a pro se motion for extension of time to file his brief. In his motion, he requests a copy of the appellate record. We GRANT his motion for extension of time and ORDER appellant to file his brief on or before May 31, 2021.

We direct the Clerk of this Court to mail appellant a paper copy of the appellate record.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court